# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13

BRENDA GASES                                        : CASE NO. 19-10752 JKF

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

McCullough Eisenberg, LLC has filed a objection to the proof of claim you filed in this bankruptcy case.

1. <u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)

2. <u>If you do not want the Court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,</u> scheduled to be held on May 29, 2019 at 9:30 A.M. in Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix Building, and 900 Market Street, Philadelphia, PA 19107-4299. If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

3. <u>If you intend to appear at the hearing,</u> to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: <u>April 16, 2019</u>

_/s/ Carol B. McCullough_
Carol B. McCullough, Esquire
Attorney I.D. 56424
Stuart A. Eisenberg, Esquire
Attorney I.D. 12433
McCullough Eisenberg, LLC.
65 West Street Road, Suite A-204
Warminster, Pa 18974
1-215-957-6411 phone
1-215-957-9410 facsimile
Mcculloughheisenberg@gmail.com