**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Brenda J. Gases**<br>  Debtor, | CHAPTER 13<br><br>CASE NO.: 19-10752-jkf |

**ORDER**

AND NOW, this  31st   day of   May     , 2019, it is hereby ORDERED that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court~~. The Stipulation is doc. no. 20.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Case Administrator to mail:

Cc:   Scott Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606

Debtor: 4241 Willow Avenue, Feasterville Trevose, PA 19053

Counsel for Debtor: Carol B. McCullough, Esquire, 65 W. Street Road, Suite A-204, Warminster, PA 18974

Counsel for Wilmington: Michael J. Shavel, Esquire, 777 Township Line Road, Yardley, PA 19067