United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-10752-jkf
Brenda J. Gases                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: May 31, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
db             Brenda J. Gases,    4241 Willow Avenue,    Feasterville Trevose, PA   19053-4839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Brenda J. Gases mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 amps@manleydeas.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Brenda J. Gases**<br>Debtor, | CHAPTER 13<br><br>CASE NO.: 19-10752-jkf |

**ORDER**

AND NOW, this  31st  day of  May , 2019, it is hereby ORDERED that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court~~. The Stipulation is doc. no. 20.

BY THE COURT:

*/s/ Jean K. FitzSimon/*

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Case Administrator to mail:

Cc:   Scott Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606

Debtor: 4241 Willow Avenue, Feasterville Trevose, PA 19053

Counsel for Debtor: Carol B. McCullough, Esquire, 65 W. Street Road, Suite A-204, Warminster, PA 18974

Counsel for Wilmington: Michael J. Shavel, Esquire, 777 Township Line Road, Yardley, PA 19067