# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 19-10752-jkf |
| | ) | |
| BRENDA J. GASES, | ) | |
| Debtor | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A. | ) | **HEARING DATE:** |
| Movant | ) | Wednesday, July 31, 2019 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| BRENDA J. GASES, | ) | **LOCATION:** |
| | ) | U.S. Bankruptcy Court |
| Respondent | ) | Eastern District of Pennsylvania |
| and | ) | Courtroom #3 |
| SCOTT F. WATERMAN, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

## ORDER

AND NOW, this 28th day of September, 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, ~~Adjudged and Decreed~~ that the Motion is granted. Relief from the automatic stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2017 TOYOTA RAV4 Utility 4D LE AWD I4, V.I.N. JTMBFREV5HJ107793) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE