United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-10752-jkf
Brenda J. Gases                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 1              Date Rcvd: Sep 30, 2019
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db             Brenda J. Gases,    4241 Willow Avenue,    Feasterville Trevose, PA   19053-4839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 01 2019 03:57:25
                Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Brenda J. Gases mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KARINA VELTER    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 amps@manleydeas.com
              MICHAEL J. SHAVEL    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               lharkins@hillwallack.com;jrydzewski@HillWallack.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 19-10752-jkf |
| | ) | |
| BRENDA J. GASES, | ) | |
| Debtor | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A. | ) | **HEARING DATE:** |
| Movant | ) | Wednesday, July 31, 2019 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| BRENDA J. GASES, | ) | **LOCATION:** |
| | ) | U.S. Bankruptcy Court |
| Respondent | ) | Eastern District of Pennsylvania |
| and | ) | Courtroom #3 |
| SCOTT F. WATERMAN, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

## **ORDER**

AND NOW, this 28th day of September, 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, ~~Adjudged and Decreed~~ that the Motion is granted. Relief from the automatic stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2017 TOYOTA RAV4 Utility 4D LE AWD I4, V.I.N. JTMBFREV5HJ107793) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

*[signature]*

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE