United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10752-jkf
Brenda J. Gases                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Randi              Page 1 of 2              Date Rcvd: Oct 21, 2019
                               Form ID: pdf900          Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.
```
db              Brenda J. Gases,    4241 Willow Avenue,    Feasterville Trevose, PA 19053-4839
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
14305232       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14269823        PNC Bank,    P5-PCLC-A1-R,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14275572        Wilmington Trust National Assoc.,    Karina Velter, Esquire (94781),    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
14308490       +Wilmington Trust National Association,    c/o Michael J. Shavel, Esq.,
                 777 Township Line Road, Suite 250,    Yardley PA 19067-5565
14272331       +Wilmington Trust National asso.,    Rebecca A. Solarz, Esq,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia Pa 19106-1541
14304361        Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas TX 75381-4609
14269824        Wilmington Trust, National Association,    c/o Fay Servicing,    440 S LaSalle St Ste 2000,
                 Chicago, IL 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 22 2019 03:44:42
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14269822        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 22 2019 03:45:19
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14272498       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 22 2019 03:46:07
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14287753       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 22 2019 03:45:18
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
14276862       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2019 03:45:32      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
```
              CAROL B. MCCULLOUGH    on behalf of Debtor Brenda J. Gases mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KARINA VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 amps@manleydeas.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               lharkins@hillwallack.com;jrydzewski@HillWallack.com
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2               Date Rcvd: Oct 21, 2019
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
      SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                                                TOTAL: 9

Case 19-10752-jkf    Doc 54    Filed 10/23/19    Entered 10/24/19 00:56:06    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

BRENDA J. GASES

                                                  : Chapter 13

    Debtor(s)                                     : Bankruptcy No. 19-10752JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: October 21, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

CAROL B MC CULLOUGH ESQ
MCCULLOUGH EISENBERG LLC
65 W STREET RD    SUITE A-204
WARMINSTER PA 18974-9140

BRENDA J. GASES
4241 WILLOW AVENUE
FEASTERVILLE TREVOSE, PA 19053-4839